UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re                                         )
                                              )
MAUNESHA RIVER DAIRY, LLC,                    )    Case No.  3-21-11157-11
                                              )
              Debtor.                         )

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, the following creditors for the above named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the Unsecured Creditor Committee:

| | |
|---|---|
| Eastland Feed & Grain Inc. | Lemmenes Custom Farms LLC |
| Adam Coulthard | Roy Lemmenes |
| 210 N. Stanton Street | N11135 Cottonwood Road |
| Shannon, IL 61078 | Waupun, WI 53963 |
| (608) 426-6534 | (920) 324-9931 |
| alc@efgi.net | lemmenesllc@gmail.com |

Ritchie Implement, Inc.
Ronald Ritchie
507 W. Main Street
Cobb, WI 53526
(608) 623-2331
ronritchie@ritchiesinc.com

The creditors above are listed in alphabetical order.  As of the date this notice was filed, the Committee had not yet chosen a chair or hired counsel.

Dated:  June 30, 2021                         Respectfully submitted,
                                              PATRICK S. LAYNG
                                              United States Trustee

                                    BY:    /s/ Mary R. Jensen
                                              Mary R. Jensen
                                              Assistant United States Trustee


Office of the United States Trustee
780 Regent St., Suite 304
Madison, WI 53715
(608) 264-5522
Mary.R.Jensen@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re )
)
MAUNESHA RIVER DAIRY, LLC, ) Case No. 3-21-11157-11
)
Debtor. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2021, the attached NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS was served by email on the Debtor's attorney and each member of the Committee and on all parties via ECF notice as noted below.

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Agri-Max Financial Services, L.P. by attorney Benjamin C. Struby – benjamin.struby@lathropgpm.com
- BMO Harris Bank N.A. by attorney Joseph D. Brydges – jdbrydges@michaelbest.com
- Eastland Feed & Grain Inc. by attorney Carrie Sue Werle – cwerle@ks-lawfirm.com
- Farmers & Merchants Union Bank by attorneys Stephanie L. Bravieri and Nancy B. Johnson – sbravierie@brennansteil.com; njohnson@brennansteil.com
- Furst-McNess Company by attorney Jamie S. Cassel – jsc@renozahm.com
- Landmark Services Cooperative by attorney Randall J. Andersen – randersen@kayandandersen.com
- Lemmenes Custom Farms, LLC by attorney Lisa Kay Lietz-Ray – l.lietzray@els-law.com
- Small Business Administration by attorneys Theresa M. Anzivino and Timothy C. Samuelson – Theresea.Anzivino@usdoj.gov; timothy.samuelson@usdoj.gov
- Maunesha River Dairy LLC by attorneys Nicole I. Pellerin and Jane F. Zimmerman – npellerin@murphydesmond.com; jzimmerman@murphydesmond.com

                          */s/ Mary R. Jensen*
                          Mary R. Jensen
                          Assistant United States Trustee